UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81078-CIV-MIDDLEBROOKS/JOHNSON

MARY ELLEN BROWN,

    Plaintiff,

vs.

FLORIDA POWER and LIGHT
a Florida corporation,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Notice of Filing Voluntary Dismissal (DE 11), filed on March 7, 2008. I have reviewed the Notice and the file in this case.

In Plaintiff's Notice, she indicates that she is voluntarily dismissing this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Rule 41(a)(1)(i) indicates that a Plaintiff may voluntarily dismiss her action with a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." However, if an answer or motion for summary judgment has been served, the proper form of dismissal is "by filing a stipulation of dismissal signed by all parties who have appeared in the action." Fed. R. Civ. Pro. 41(a)(1)(ii). As the Defendant has filed an answer, in order to dismiss this action, the parties must file a stipulation of dismissal. Accordingly, it is hereby

ORDERED AND ADJUDGED that the parties shall file a stipulation of dismissal signed by all parties who have appeared in the action on or before March 18, 2008.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this ___ day of March, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record