UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-81078-CIV-MIDDLEBROOKS/JOHNSON

MARY ELLEN BROWN,

    Plaintiff,

vs.

FLORIDA POWER and LIGHT
a Florida corporation,

    Defendant.
_____/

**CLOSED CIVIL CASE**

### ORDER

THIS CAUSE comes before the Court upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice (DE 14), filed on March 17, 2008. Having reviewed the Joint Stipulation and the file in this case, it is hereby

ORDERED AND ADJUDGED that the parties' Joint Stipulation for Voluntary Dismissal with Prejudice (DE 14) is APPROVED. This case is DISMISSED WITH PREJUDICE. Each party will bear its own attorney's fees and costs. The Clerk of Court shall CLOSE this case. All pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this 17 day of March, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to counsel of record